No. 473, Misc.  BORGES v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Albert J. Ahern, Jr.* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 475, Misc.  KOMINSKI v. DELAWARE.  Supreme Court of Delaware.  Certiorari denied.  Petitioner *pro se.* *Clement C. Wood,* Chief Deputy Attorney General of Delaware, for respondent.

No. 479, Misc.  SMITH v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 524, Misc.  MISENHEIMER v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Hyman Nussbaum* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 530, Misc.  JUDY v. WARDEN, MARYLAND PENITENTIARY.  Court of Appeals of Maryland.  Certiorari denied.

No. 531, Misc.  INGRAM v. WARDEN, MARYLAND HOUSE OF CORRECTION.  Court of Appeals of Maryland.  Certiorari denied.

No. 534, Misc.  STAVELY v. ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.  Court of Criminal Appeals of Texas.  Certiorari denied.